**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ZSOLT ASSENBRENNER,

        Plaintiff,

v.                                                                Case No:  6:16-cv-123-Orl-40TBS

SPRUCE CREEK COUNTRY CLUB, INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Motion to Approve Settlement (Doc. 9) filed on April 12, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 18, 2016 (Doc. 12), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Approve Settlement (Doc. 9) is **GRANTED**.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 9, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties